## SUPREME COURT.

### MONTECARBOLE agt. MUNDEL.

Where the plaintiff had ten days to reply to the answer on payment of $10 costs; and instead of serving his reply and paying the costs within the time, he noticed the cause for trial at the circuit, without a reply; *Held*, on motion for judgment for want of a reply, that the plaintiff pay the costs of the circuit—the $10 before ordered, and $10 costs of this motion, and serve his reply in three days.

THIS was a motion for judgment for want of reply to answer. The plaintiff was to have ten days to reply, on payment of $10 costs. The plaintiff did not reply, but noticed case for trial.

MITCHELL, Justice. The plaintiff should have tendered his reply with the $10 costs, at least before he noticed the cause for trial. Instead of that, he went to the circuit with the plead-

ings ready for trial, but without a reply, and the reply is since drawn and sworn to. He is in default, and should now pay the costs of the present circuit—the $10 before ordered, and the costs of the present motion, $10—and serve his reply in three days from notice of this order, and the adjustment of the costs. The cause may there remain on the calendar, but not to be tried at this circuit, without the consent of the defendant. Defendant may have leave to apply to postpone the trial still further. If he chooses to move to that effect, let the defendant enter and serve notice of the order.